**No. 11-5296. Taliv Ali, Petitioner v. Brian Fischer, Commissioner, New York Department of Correctional Services, et al.**

565 U.S. 900, 132 S. Ct. 293, 181 L. Ed. 2d 178, 2011 U.S. LEXIS 5464.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-5297. Scott A. Burnside, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 900, 132 S. Ct. 294, 181 L. Ed. 2d 178, 2011 U.S. LEXIS 5550.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5298. Clarence Callies, Petitioner v. United States.**

565 U.S. 900, 132 S. Ct. 294, 181 L. Ed. 2d 178, 2011 U.S. LEXIS 5688.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 424 Fed. Appx. 266.

**No. 11-5299. Nyka O'Connor, Petitioner v. Officer Borgner, et al.**

565 U.S. 900, 132 S. Ct. 294, 181 L. Ed. 2d 178, 2011 U.S. LEXIS 5745.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5300. Miladin Dobric, Petitioner v. David J. Baron.**

565 U.S. 900, 132 S. Ct. 294, 181 L. Ed. 2d 178, 2011 U.S. LEXIS 5649,

October 3, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

Same case below, 70 App. Div. 3d 830, 892 N.Y.S.2d 900.

**No. 11-5301. Roger L. Hueber, Jr., Petitioner v. New York.**

565 U.S. 900, 132 S. Ct. 294, 181 L. Ed. 2d 178, 2011 U.S. LEXIS 5536.

October 3, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Fourth Judicial Department, denied.

Same case below, 81 App. Div. 3d 1466, 916 N.Y.S.2d 727.

**No. 11-5303. Daniel Torres-Juarez, Petitioner v. United States.**

565 U.S. 900, 132 S. Ct. 294, 181 L. Ed. 2d 178, 2011 U.S. LEXIS 5610.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-5304. Elena Sturdza, Petitioner v. United Arab Emirates, et al.**

565 U.S. 900, 132 S. Ct. 295, 181 L. Ed. 2d 178, 2011 U.S. LEXIS 5391,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 405 Fed. Appx. 512.

No. 11-5306. Peng Thao, Petitioner v. United States.

565 U.S. 900, 132 S. Ct. 295, 181 L. Ed. 2d 179, 2011 U.S. LEXIS 5691.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 11-5307. Elena Sturdza, Petitioner v. United Arab Emirates, et al.

565 U.S. 900, 132 S. Ct. 295, 181 L. Ed. 2d 179, 2011 U.S. LEXIS 5635, ▋▋▋

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 406 Fed. Appx. 494.

No. 11-5308. Michael Knights, Petitioner v. Stihl Inc., et al.

565 U.S. 901, 132 S. Ct. 295, 181 L. Ed. 2d 179, 2011 U.S. LEXIS 5519.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 417 Fed. Appx. 356.

No. 11-5309. Daniel Lopez, Petitioner v. United States.

565 U.S. 901, 132 S. Ct. 295, 181 L. Ed. 2d 179, 2011 U.S. LEXIS 5583.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 422 Fed. Appx. 390.

No. 11-5310. Peter Hinojos, Petitioner v. California.

565 U.S. 901, 132 S. Ct. 295, 181 L. Ed. 2d 179, 2011 U.S. LEXIS 5566.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

No. 11-5314. Daniel Apodaca, Petitioner v. United States.

565 U.S. 901, 132 S. Ct. 296, 181 L. Ed. 2d 179, 2011 U.S. LEXIS 5666.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 641 F.3d 1077.

No. 11-5316. Anthony Akeum Abari, Petitioner v. United States.

565 U.S. 901, 132 S. Ct. 296, 181 L. Ed. 2d 179, 2011 U.S. LEXIS 5414.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 638 F.3d 847.

No. 11-5317. Casimiro Nunez-Polanco, Petitioner v. United States.

565 U.S. 901, 132 S. Ct. 296, 181 L. Ed. 2d 179, 2011 U.S. LEXIS 5539.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 428 Fed. Appx. 13.